SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Steve Marin, an individual, Mary Gonzales, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; DOES I through X; ROE CORPORATIONS I through X, inclusive.<br><br>　　　　　Defendants. | Case No. 2:24-cv-01127-APG-NJK<br><br>**Stipulation and Order to Extend Discovery Deadlines (Second Request)** |

　　　　Pursuant to LR IA 6-1 and LR 26-3, the parties request a sixty (60) day extension of discovery deadlines, which is supported by grounds and circumstances set forth below. This stipulation is filed at least 21 days before the earliest deadline to be extended (expert disclosures). The current deadline for expert disclosures is May 27, 2025. The parties have conducted discovery diligently and in good faith. This is the second request for an extension of the discovery deadlines.

## DISCOVERY COMPLETED

　　The parties have completed the following discovery:

　　1. The Federal Defendant made its initial disclosures on December 5, 2024.

　　2. Plaintiffs made their initial disclosures on December 5, 2024.

3. The Federal Defendant requested HIPPA authorization from Plaintiff on January 13, 2025, and received them on January 21, 2025.
4. The Federal Defendant served written discovery requests on Plaintiff Steven Marin on January 22, 2025.
5. The Federal Defendant served written discovery requests on Plaintiff Maria Gonzales on January 22, 2025.
6. The Federal Defendant subpoenaed medical records from Plaintiffs' known medical providers on January 28, 2025.
7. Plaintiffs served their responses to Federal Defendant's first sets of Interrogatories and Requests of Production on February 21, 2025.
8. Plaintiffs served their firsts sets of Interrogatories, Requests for Production and Requests for Admission to Federal Defendant on March 21, 2025.
9. The Federal Defendant served its First Supplement to Initial Disclosure of Witnesses and Documents Pursuant to Fed. R. Civ. P. 26 on April 22, 2025.
10. The Federal Defendant scheduled Plaintiff Mary Gonzales and Plaintiff Steve Marin's depositions on May 20, 2025.

**DISCOVERY REMAINING**

The Federal Defendant is expecting to receive the remainder of Plaintiffs' medical records and to take Plaintiffs' depositions on May 20, 2025. The Federal Defendant will provide its responses to Plaintiffs' discovery requests. The parties will need to take the depositions of Plaintiffs' medical providers, designate initial and rebuttal experts, and depose expert witnesses.

The parties reserve the right to engage in any other discovery permitted by applicable rules and within the revised discovery deadlines if the court approves this stipulation.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Since the Order granting the Stipulation to Continue to Discovery (ECF No. 14), the parties have been working diligently to advance discovery. The Federal Defendant has

been following up with some of the medical providers regarding Plaintiffs' medical records since February and has recently received the medical records from the following medical providers: for Plaintiff Mary Gonzales: Shadow Emergency Physicians, Desert Radiology, Opensided MRI, Pueblo Medical Imaging; for Plaintiff Steve Marin: Shadow Emergency Physicians, Desert Radiology, Pueblo Medical Imaging and Injury Rehab Associates. Currently, the Federal Defendant is expecting to receive the following outstanding medical records from Plaintiffs' medical providers: for Plaintiff Mary Gonzales from Injury Rehab Associates and a signed Certification of Records from Opensided MRI; for Plaintiff Steve Marin from Extremities Surgical Institute and Injury Center of Nevada. The Federal Defendant has sent numerous follow up requests to said providers without a response to date and if needed will file motions to compel these records. The Federal Defendant is unable to provide a complete copy of Plaintiffs' medical records to its experts due to the lack of response from said providers.

The Federal Defendant respectfully requests an extension of remaining discovery deadlines to be able to obtain the remainder of Plaintiffs' medical records and provide them to its experts for review. Additionally, if an extension is granted, it will allow the Federal Defendant to provide the Plaintiffs' deposition transcripts to its experts to review them before providing their respective expert opinions.

The parties conferred and agreed that a 60-day extension of all remaining discovery deadlines would be proper. Neither party will be prejudiced by the proposed extension and may be prejudiced if the currently discovery schedule remains in place. The parties agree that the extension is sought in good faith.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

///
///
///

| SCHEDULED EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosure | May 27, 2025 | **July 28, 2025** |
| Rebuttal Expert Disclosure | June 25, 2025 | **August 25, 2025** |
| Discovery Cutoff | July 28, 2025 | **September 26, 2025** |
| Dispositive Motions | August 25, 2025 | **October 24, 2025** |
| Joint proposed pretrial order | September 23, 2025 | **November 24, 2025**[1] |

This request for an extension of time is not sought for any improper purpose including delay. This is the second request for an extension of discovery deadlines in this matter.

Respectfully submitted this 6th day of May 2025.

LBC LAW GROUP

*/s/ John C. Courtney*
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
ANDREW P. DUNNING, ESQ.
Nevada Bar No. 13864
723 South 7th Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

SIGAL CHATTAH
United States Attorney

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorney for Federal Defendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 6, 2025

---

[1] However, if dispositive motions were to be filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

4