SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Steve Marin, an individual, Mary Gonzales, an individual, | Case No. 2:24-cv-01127-APG-NJK |
| Plaintiffs, | **Stipulation to Dismiss and Order** |
| v. | |
| United States of America; DOES I through X; ROE Corporations I through X, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The above-named parties by and through their counsel of record, hereby stipulate that this action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

Respectfully submitted this 15th day of September, 2025.

SIGAL CHATTAH
Acting United States Attorney

/s/ John C. Courtney, Esq.
JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
ANDREW P DUNNING, ESQ.
Nevada Bar No. 13864
723 South 7th Street
Las Vegas, Nevada 89101

/s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** September 17, 2025

2